IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Holland, Mary D

Printed: 4/1/08

Case Number: 05 B 32639
Judge: Wedoff, Eugene R
Filed: 8/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2008
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,115.64 |  |
| Secured: |  | 668.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,281.58 |
| Trustee Fee: |  | 165.62 |
| Other Funds: |  | 0.00 |
| Totals: | 3,115.64 | 3,115.64 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,982.70 | 2,281.58 |
| 2. | Capital One Auto Finance | Secured | 3,403.83 | 668.44 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 106.20 | 0.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 180.49 | 0.00 |
| 5. | SBC | Unsecured | 80.41 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 1,132.42 | 0.00 |
| 7. | Juan Auto Sales | Secured |  | No Claim Filed |
| 8. | Ferleger & Associates LTD | Unsecured |  | No Claim Filed |
| 9. | Ace | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Juan Auto Sales | Unsecured |  | No Claim Filed |
| 13. | Spiegel | Unsecured |  | No Claim Filed |
| 14. | MCI | Unsecured |  | No Claim Filed |
| 15. | Lightyear Communications Inc | Unsecured |  | No Claim Filed |
| 16. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
| 17. | Trustmark | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,886.05 | $ 2,950.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 99.52 |
| 5% | 10.30 |
| 4.8% | 28.80 |
| 5.4% | 27.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Holland, Mary D

Printed: 4/1/08

Case Number:  05 B 32639
Judge:  Wedoff, Eugene R
Filed:  8/18/05

_____
$ 165.62

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

